## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jody Zellner-Dion,                         Civil No. 10-2587 (RHK/JSM)

          Plaintiff,               **DISQUALIFICATION AND**
                                **ORDER FOR REASSIGNMENT**

vs.

Wilmington Finance, Inc.,

          Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 20, 2012

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge